| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Index Number: 19CV 9701 |
| | Date Filed: 10/21/2019 |
| ATTORNEY(S)   PH: | Court Date: |

Brian Totin

Plaintiff

vs

LG Fairmont, Inc., et al.

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:  **AFFIDAVIT OF SERVICE**

Husam Al-Atrash, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **11/7/2019**, at **2:43 PM** at **34-12 Murray Lane, Flushing, NY 11354**, Deponent served the within **Summons in a Civil Action and Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Ahmed Kalil**, **Defendant** therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **"Jane Doe" (refused name)** a **person of suitable age and discretion.**

Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of **"Jane Doe" (refused name)** is as follows:

**Sex**: Female   **Color of skin**: Brown   **Color of hair:** Head wrap   **Age**: 45
**Height**: 5ft4in-5ft8in   **Weight**: 161-200 Lbs.   **Other** :

In addition, DMV Verified 623N.Y.S.2d932.

On **November 8, 2019**, service was completed by mailing a true copy of the above stated document(s) to the Defendant, at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on November 8, 2019

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
No. 01R06055503, Qualified in Nassau County
Commission Expires February 26, 2023

Process Server, Please Sign
Husam Al-Atrash
Lic# 1279639
Job #: 1941312

Client's File No.: TOTIN

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

JUDGE FAILLA

| | |
|---|---|
| BRIAN TOTIN<br><br>*Plaintiff(s)*<br>v.<br><br>LG FAIRMONT, INC.,<br>GIANCARLO ZABALETA and<br>AHMED KALIL,<br><br>*Defendant(s)* | )<br>)<br>)<br>)  **19 CV 9701**<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AHMED KALIL
34-12 Murray Lane
Flushing, NY 11354

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Totin, PO Box 230581, New York, NY 10023 (917)-881-1830

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  10/21/2019                             _____
                                                                  *Signature of Clerk or Deputy Clerk*