| | |
|---|---|
| Attorney(s) | Brian Totin |
| Index # | **19CV9701** |
| Purchased/Filed: | |
| State of New York | |
| Court: | U. S. District |
| County: | Southern Dist. |

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Brian Totin

**Plaintiff(s)**

against

LG Fairmont, Inc. et al

**Defendant(s)**

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 55 Yrs.

Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White

Hair color: Blonde   Other: _____

_____Robert Guyette_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on ___October 31, 2019___, at ___12:40 PM___, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in a Civil Action with Complaint**

on

**LG Fairmont, Inc.**

the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___$40___ dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

31st day of October 2019

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

Robert Guyette

**Invoice•Work Order #** 1942288
Attorney File # **1941292**

AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

JUDGE FAILLA

| | |
|---|---|
| BRIAN TOTIN <br><br> *Plaintiff(s)* <br> v. <br> LG FAIRMONT, INC., <br> GIANCARLO ZABALETA and <br> AHMED KALIL, <br><br> *Defendant(s)* | Civil Action No. <br><br> 19 CV 9701 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LG FAIRMONT, INC.
225 Broadway #2140
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian Totin, PO Box 230581, New York, NY 10023 (917)-881-1830

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/21/2019

*Signature of Clerk or Deputy Clerk*