UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN TOTIN,

               Plaintiff,

    -v.-

LG FAIRMONT, INC., GIANCARLO ZABALETA, and AHMED KALIL

               Defendants.

19 Civ. 9701 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    The complaint in this action was filed on October 21, 2019. (Dkt. #1). The docket reflects that Defendant Ahmed Kalil was served on November 7, 2019 (Dkt. #6), Defendant LG Fairmont, Inc. was served on October 31, 2019. (Dkt. #7), and Defendant Giancarlo Zabaleta was served on January 17, 2020 (Dkt. #12).

    On January 23, 2020, the Court scheduled an initial pretrial conference in this action to occur on March 18, 2020. (Dkt. #11). Seeing as none of the Defendants have appeared in this action, the initial pretrial conference, scheduled for March 18, 2020, is hereby ADJOURNED. Should Plaintiff wish to initiate default judgment proceedings, he must follow the default judgment procedures outlined in the Court's Individual Rules Attachment A.

    SO ORDERED.

Dated:    March 13, 2020
              New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge