UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN TOTIN,

                Plaintiff,

      -v.-

LG FAIRMONT, INC., GIANCARLO ZABALETA, and AHMED KALIL

                Defendants.

19 Civ. 9701 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

    The complaint in this action was filed on October 21, 2019. (Dkt. #1). On March 15, 2020, the Court adjourned the initial pretrial conference in this case, seeing as though all three defendants had been served, but none of them had appeared in the action. (Dkt. #13). In that order, the Court told Plaintiff that, should he wish to initiate default judgment proceedings, he must follow the default judgment procedures outlined in the Court's Individual Rules Attachment A. Plaintiff has yet to initiate default judgment proceedings. If Plaintiff still wishes to move for default judgment he must do so on or before **May 29, 2020**.

    SO ORDERED.

Dated:    April 30, 2020
            New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge