UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BRIAN TOTIN

                        **Plaintiff(s),**

                  19 Civ. 9701 (KPF)

            - against -

                  **CLERK'S CERTIFICATE**
                  **OF DEFAULT**

LG FAIRMONT, INC. et al.

                        **Defendant(s),**
-------------------------------------------------------------X

        **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on Oct. 21, 2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) LG Fairmont, Inc. by personally serving Sue Zouky, agent in the Office of the Secretary of State, and proof of service was therefore filed on Nov. 12, 2019, Doc. #(s) 7.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

           _____, 20___

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                                             By: _____
                                                      **Deputy Clerk**