UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BRIAN TOTIN

                               **Plaintiff(s),**

                     - against -

LG FAIRMONT, INC. et al.

                              **Defendant(s),**
-------------------------------------------------------------X

          19  Civ.  9701  (KPF)

**CLERK'S CERTIFICATE
OF DEFAULT**

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on Oct. 21, 2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Ahmed Kalil by personally serving Jane Doe, a person of suitable age and discretion, *and proof of service was therefore filed on* Nov. 12, 2019, *Doc. #(s)* 6.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

                , 20___

                                                     **RUBY J. KRAJICK
Clerk of Court**

                                                     **By:** _____
                                                         **Deputy Clerk**