UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BRIAN TOTIN

                              Plaintiff(s),

                                         19 Civ. 9701 (KPF)

          - against -

                                         CLERK'S CERTIFICATE
                                           OF DEFAULT

LG FAIRMONT, INC. et al.

                             Defendant(s),
------------------------------------------------------------X

       I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on Oct. 21, 2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Giancarlo Zabaleta by personally serving Richie G. (Doorman), a person of suitable age and discretion, and proof of service was therefore filed on Jan. 24, 2020, Doc. #(s) 12.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

          _____, 20__

                                                    RUBY J. KRAJICK
                                                    Clerk of Court

                                         By: _____
                                                  Deputy Clerk