UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN TOTIN,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>LG FAIRMONT, INC., GIANCARLO ZABALETA, and AHMED KALIL,<br><br>                              Defendants. | 19 Civ. 9701 (KPF)<br><br>ORDER TO SHOW CAUSE WHY A DEFAULT JUDGMENT SHOULDNOT BE ENTERED AS TO DEFENDANTS LG FAIRMONT, INC., GIANCARLO ZABALETA, AND AHMED KALIL |

KATHERINE POLK FAILLA, District Judge:

Upon the annexed declaration of Nicholas Loaknauth, dated May 29, 2020, and all prior pleadings herein, it is hereby

ORDERED that Defendants LG Fairmont, Inc., Giancarlo Zabaleta, and Ahmed Kalil SHOW CAUSE on a telephone conference before the Honorable Katherine Polk Failla, at **1:00 p.m. on July 31, 2020** or as soon thereafter as counsel may be heard, why default judgment should not be entered against them pursuant to Rule 55 of the Federal Rules of Civil Procedure, as to liability on Plaintiff's Complaint.  The dial-in information is as follows: At 1:00 p.m. on July 31, 2020, the parties shall call (888) 363-4749 and enter access code 5123533.  The conference will not be available prior to 1:00 p.m.  It it is further

ORDERED that Plaintiff shall serve a copy of this Order, and the papers upon which it was granted, on Defendants LG Fairmont, Inc., Giancarlo Zabaleta, and Ahmed Kalil, on or before **June 19, 2020**.

ORDERED that Defendants' answering papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiff by delivering

copies thereof to the office of Nicholas Netram Loaknauth, The Law Office of Nicholas Loaknauth, Esq., 1460 Broadway, New York, NY 10016, so as to be received no later than **July 10, 2020**; and it is further

ORDERED that any reply shall be filed and served by the Plaintiff in the same manner as set forth above no later than **July 24, 2020**.

SO ORDERED.

Dated:   June 1, 2020
         New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge