UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN TOTIN,<br><br>                    Plaintiff,<br><br>—against—<br><br>LG FAIRMONT, INC., GIANCARLO ZABALETA and AHMED KALIL,<br><br>                    Defendants. | **DEFAULT JUDGMENT**<br><br>Civil Action No.  19-CV-9701 (KPF) |

   This action having been commenced on October 21, 2019 by the filing of the Summons and Complaint, a copy of the Summons and Complaint having been personally served

- On the defendant, LG FAIRMONT, INC., on October 31, 2019 by personal service on the Office of the Secretary of State of the State of New York, and a proof of service having been filed on November 12, 2019;

- On the defendant, GIANCARLO ZABALETA, on January 17, 2020 by personal service on Richie G. (Doorman), a person of suitable age and discretion, and a proof of service having been filed on January 24, 2020;

- On the defendant, AHMED KALIL, on November 7, 2019 by personal service on Jane Doe, a person of suitable age and discretion, and a proof of service having been filed on November 12, 2019;

And the defendants having not answered the Complaint, and the time for answering the Complaint having expired, it is

   ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment against defendants in the liquidated amount of $ __55,040__ with interest at __9__ % from October

1

21, 2019 amounting to $ **3,854.31** plus costs and disbursements of this action in the amount of $ **3,010.20** amounting in all to $ **61,904.51** .

Dated: New York, New York

**July 31, 2020**

_____
U.S.D.J.

This document was entered on the docket on July 31, 2020.